No. 82–1097. EAGLE-PICHER INDUSTRIES, INC. *v.* LIBERTY MUTUAL INSURANCE CO. ET AL. C. A. 1st Cir. Motion of Insurance Company of North America for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision

---

of this motion and this petition.